THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* RICHARD MILLER et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ARTHUR BURNETT et al., Respondents.

(Argued October 6, 1932; decided October 25, 1932.)

586

*John J. Bennett, Jr.*, Attorney-General (*Robert P. Beyer* and *Peter J. Brancato* of counsel), for appellant.

*George W. Percy* for Richard Miller and Arthur Burnett, respondents.

*Lucius H. Beers, Sherman Baldwin* and *Woodson D. Scott* for The Trustees of the Freeholders and Commonalty of the Town of Southampton, respondent.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.